ANNIE M. GREENE, Appellant, *v.* MARY A. GREENE et al., Respondents, Impleaded with Others.

*Greene* v. *Greene*, 154 App. Div. 956, affirmed.
(Argued April 29, 1915; decided May 14, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1913, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action brought

by plaintiff as sole devisee of Joseph P. Greene, deceased, to compel the specific performance of a certain agreement, whereby Margaret E. Greene, mother of the defendants, agreed to hold the title to certain real estate in trust for her son, the said Joseph P. Greene, deceased, and to dispose of it as and when he should direct. The answers set up the defenses of a denial of the agreement and the Statute of Limitations.

*John W. Browne* for appellant.

*Charles A. Webber* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.